## LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

February 25, 2026

***VIA ECF***
The Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *In Re: Jeffrey Winick*
<u>**Case No.: 1:26-cv-01427-DEH**</u>

Dear Honorable Judge Ho,

This law firm represents Appellant Jeffrey Winick (the "Appellant") in the above-referenced matter. The instant letter is filed on consent of Appellee United States of America (the "Appellee").

Pursuant to the directives contained in Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request an extension of the parties' designation of appeal and appellate brief filing deadlines, as follows:

1. Appellant's designation of appeal filing deadline to be extended from March 4, 2026 to, through and including, April 3, 2026;

2. Appellee's designation of additional items filing deadline to be extended from March 18, 2026 to, through and including, April 17, 2026;

3. Appellant's appellate brief filing deadline to be extended from April 3, 2026 to, through and including, May 3, 2026;

4. Appellee's opposition to the appellate brief filing deadline to be extended from May 3, 2026 to, through and including, June 2, 2026; and

5. Appellant's reply to the appellate brief filing deadline to be extended from May 17, 2026 to, through and including, June 16, 2026.

This is the first request of its kind. If granted the instant request would not affect any other Court-ordered deadlines. The basis of the request is that the undersigned law firm has only recently been retained.

In light of the foregoing, it is respectfully requested that the Court extend the parties' designation of appeal and appellate brief filing deadlines, as set forth above.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
     Jason Mizrahi, Esq.
     420 Lexington Avenue, Suite 2458
     New York, NY 10170
     Tel. No.:  (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Appellant*

**Application GRANTED.  The deadlines herein are adopted in full. The Clerk of Court is respectfully directed to terminate ECF No.  4.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: February 26, 2026
New York, New York