## LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

March 25, 2026

**_VIA ECF_**
The Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

       Re:     _In Re: Jeffrey Winick_
             **Case No.: 1:26-cv-01427-DEH**

Dear Honorable Judge Ho,

This law firm represents Appellant Jeffrey Winick (the "Appellant") in the above-referenced matter. The instant letter is filed on consent of Appellee United States of America (the "Appellee").

Pursuant to the directives contained in Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request an extension of the parties' designation of appeal and appellate brief filing deadlines, as follows:

1. Appellant's designation of appeal filing deadline to be extended from April 3, 2026 to, through and including, May 3, 2026;

2. Appellee's designation of additional items filing deadline to be extended from April 17, 2026 to, through and including, May 17, 2026;

3. Appellant's appellate brief filing deadline to be extended from May 3, 2026 to, through and including, June 2, 2026;

4. Appellee's opposition to the appellate brief filing deadline to be extended from June 2, 2026 to, through and including, July 2, 2026; and

5. Appellant's reply to the appellate brief filing deadline to be extended from June 16, 2026 to, through and including, July 16, 2026.

This is the second request of its kind. If granted the instant request would not affect any other Court-ordered deadlines. The basis of the request is that the undersigned law firm has limited availability during the month of April 2026 due to conflicting, unavoidable, travel and religious obligations.

In light of the foregoing, it is respectfully requested that the Court extend the parties' designation of appeal and appellate brief filing deadlines, as set forth above.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

**Application GRANTED. The deadlines
herein are adopted. The Clerk of Court is
respectfully directed to terminate ECF No. 8.**

By:  */s/ Jason Mizrahi*
    Jason Mizrahi, Esq.
    420 Lexington Avenue, Suite 2458
    New York, NY 10170
    Tel. No.:  (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Appellant*

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: March 25, 2026
New York, New York