**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

August 12, 2026

***VIA ECF***
The Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re: *In Re: Jeffrey Winick*
**Case No.: 1:26-cv-01427-DEH**

Dear Honorable Judge Ho,

This law firm represents Appellant Jeffrey Winick (the "Appellant").

Pursuant to the directives contained in Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request an extension of the parties' designation of appeal and appellate brief filing deadlines, as follows:

1. Appellant's appellate brief filing deadline to be extended from August 15, 2026 to, through and including, September 14, 2026 , 2026;
2. Appellee's opposition to the appellate brief filing deadline to be extended from September 30, 2026 to, through and including, October 30, 2026; and
3. Appellant's reply to the appellate brief filing deadline to be extended from October 31, 2026 to, through and including, November 30, 2026.

This is the fifth request of its kind. Appellee United States of America (the "Appellee") consents to the instant request. If granted the instant request would not affect any other Court-ordered deadlines. The basis of the request is that the parties are pleased to alert the Court that they are currently involved in settlement discussions.

In light of the foregoing, it is respectfully requested that the Court extend the parties' designation of appeal and appellate brief filing deadlines, as set forth above.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Appellant*

**Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 16.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 12, 2026
New York, New York