**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

September 28, 2026

***VIA ECF***
The Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re: *In Re: Jeffrey Winick*
**Case No.: 1:26-cv-01427-DEH**

Dear Honorable Judge Ho,

This law firm represents Appellant Jeffrey Winick (the "Appellant"). This letter is submitted jointly with counsel for Appellee United States of America (the "Appellee").

Pursuant to the directives contained in Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request an extension of the parties' designation of appeal and appellate brief filing deadlines, as follows:

1. Appellant's appellate brief filing deadline to be extended from September 28, 2026 to, through and including, October 28, 2026;
2. Appellee's opposition to the appellate brief filing deadline to be extended from November 13, 2026 to, through and including, December 14, 2026; and
3. Appellant's reply to the appellate brief filing deadline to be extended from December 14, 2026 to, through and including, January 13, 2027.

This is the seventh request of its kind. If granted the instant request would not affect any other Court-ordered deadlines. Since the Court granted the last extension, the parties have reached a preliminary agreement on terms. That agreement is subject to approval by the U.S. Department of Justice. The government has begun the process of seeking that approval and if it is granted, the parties will work to document their agreement in a written settlement agreement. The requested extension would let the parties finish that process without further appellate briefing, which a final settlement would make unnecessary. The parties will promptly inform the Court once the settlement is finalized or if further proceedings are required.

In light of the foregoing, it is respectfully requested that the Court extend the parties' designation of appeal and appellate brief filing deadlines, as set forth above.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Appellant*

Application GRANTED. The deadline for the Appellant's Brief is extended until October 28, 2026. The deadline for the Appellee's Brief is extended until December 14, 2026. The deadline for the Appellant's Reply Brief is extended until January 13, 2027.

SO ORDERED

Dated: September 29, 2026
New York, New York

Dale E. Ho
United States District Judge