**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

October 27, 2026

***VIA ECF***
The Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re: *In Re: Jeffrey Winick*
**Case No.: 1:26-cv-01427-DEH**

Dear Honorable Judge Ho,

This law firm represents Appellant Jeffrey Winick (the "Appellant"). This letter is submitted jointly with counsel for Appellee United States of America (the "Appellee").

Pursuant to the directives contained in Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request an extension of the parties' designation of appeal and appellate brief filing deadlines, as follows:

1. Appellant's appellate brief filing deadline to be extended from October 28, 2026 to, through and including, November 11, 2026;
2. Appellee's opposition to the appellate brief filing deadline to be extended from December 14, 2026, to, through and including, December 28, 2026; and
3. Appellant's reply to the appellate brief filing deadline to be extended from January 13, 2027 to, through and including, January 27, 2027.

This is the eighth request of its kind. If granted the instant request would not affect any other Court-ordered deadlines. Since the Court granted the last extension, the parties have reached a preliminary agreement on terms. That agreement is subject to approval by the U.S. Department of Justice. The government has begun the process of seeking that approval and if it is granted, the parties will work to document their agreement in a written settlement agreement. The requested extension would let the parties finish that process without further appellate briefing, which a final settlement would make unnecessary. The parties will promptly inform the Court once the settlement is finalized or if further proceedings are required.

In light of the foregoing, it is respectfully requested that the Court extend the parties' designation of appeal and appellate brief filing deadlines, as set forth above.

Thank you, in advance, for your time and attention to this matter.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Appellant*

Application **GRANTED**. The deadlines for the parties' briefs are extended as set out herein.

SO ORDERED.

Dated: October 28, 2026
New York, New York

Dale E. Ho
United States District Judge